FILE COPY

No. 07-14-00439-CR

| | | |
|---|---|---|
| Jesus Lopez Raymundo<br>  Appellant | § | From the County Court at Law No. 6<br>  of Collin County |
| | § | |
| v. | | August 21, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 21, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be reversed and this cause is remanded to the trial court.

It is further ordered that this decision be certified below for observance.

o O o